UNITED STATES of America, Plaintiff–Appellee

v.

Juan Manuel SALAS–JAIMES, also known as Virgilio Vazques Sanchez, also known as Virgilio Vasquez Sanchez, also known as Virgilio Vazquez Sanchz, also known as Victor James Sanchez, also known as Juan Manuel Salas–Balbuena, Defendant–Appellant.

No. 09–20096
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

July 9, 2010.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Carlos Alberto Villarreal, McKibben, Woolsey & Villarreal, L.L.P., Corpus Christi, TX, for Defendant–Appellant.

Juan Manuel Salas–Jaimes, Memphis, TN, pro se.

Before KING, STEWART, and HAYNES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Juan Manuel Salas–Jaimes has moved for

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Salas–Jaimes has filed a response. Our independent review of the record, counsel's brief, and Salas–Jaimes's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.